# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**LANE B. BAXTER,**

    **Petitioner,**

**v.**

**JUDY P. SMITH, Warden**
**Oshkosh Correctional Institution,**

    **Respondent.**

**JUDGMENT**

Case No. 09-cv-191-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a "writ of error coram nobis" is DISMISSED.

PETER OPPENEER
**Peter Oppeneer, Clerk**

/s/ M. Hardin
**by Deputy Clerk**

_____5/4/09_____
Date